**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: Moses A Da Rocha | ) | CASE NO. 17-11646-BFK |
| | ) | |
| | ) | CHAPTER 13 BANKRUPTCY |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF FINAL CURE PAYMENT**

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: Carrington Mortgage Services, LLC**
**Trustee Claim No.: 001**
**Court Claim No.:    002**

**Last four (4) digits of any number used to identify the Debtor's account: 6649**

**Mortgage Cure Amount:**

    Amount of Allowed Pre-Petition or other Arrearage:    $4,929.40

    Amount Paid By Trustee    $4,929.40

**Monthly Ongoing Mortgage Payment is Paid:**

    ___ Through the Chapter 13 Trustee conduit    _X__ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated: January 28, 2021        Respectfully Submitted:

                                  /s/ Thomas P. Gorman
                                  Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2021, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Shapiro & Brown, LLP
Attorney for Carrington Mortgage Services, LLC
Attn: Mary F. Balthasar Lake, Esquire
Attn:  Nicole L. McKenzie, Esquire
501 Independence Parkway, Ste. 203
Chesapeake, VA 23320

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Moses A Da Rocha
Chapter 13 Debtor
13 Bedford Dr
Sterling, VA  20165

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

    /s/   Thomas P. Gorman
    Thomas P. Gorman, Chapter 13 Trustee