# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**In re:**                                                 **Case Number**  17−11646−BFK
                                                                    **Chapter**  13

Moses A Da Rocha

Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, $160,375 if the case was filed on or after April 1, 2016, or $170,350 if the case was filed on or after April 1, 2019, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  March 30, 2021                                         William C. Redden , Clerk
                                                                            United States Bankruptcy Court

[ntcLBRvApril2019.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Moses A Da Rocha  
    Debtor

Case No. 17-11646-BFK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: palaciosl     Page 1 of 3  
Date Rcvd: Mar 30, 2021     Form ID: nt400815     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moses A Da Rocha, 13 Bedford Dr, Sterling, VA 20165-6007 |
| cr | + | Bank of America, N.A., et al, c/oPROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills,, CA 91364-6207 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Shapiro & Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, VA 23320-5174 |
| cr | + | County of Loudoun, VA, c/o Belkys Escobar, One Harrison St. SE, (MSC #06), Leesburg, VA 20175-3102 |
| 13894677 | | Bank Of America Home Loans, PO Box 15222, Wilmington, DE 19850-5222 |
| 14059521 | | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13894678 | + | Capital Holdings, LLC, 8709 Margaret Ln, Annandale, VA 22003-4176 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:55:01 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14058301 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 31 2021 03:50:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14994680 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 31 2021 03:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA. 92806-5951 |
| 13894680 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 03:04:26 | Citicards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13894681 | | Email/Text: mrdiscen@discover.com | Mar 31 2021 03:51:00 | Discover, PO Box 15316, Wilmington, DE 19850-0000 |
| 13894682 | | Email/Text: specialhandling@glasserlaw.com | Mar 31 2021 03:50:00 | Glasser & Glasser, 580 E Main St Ste 600, Norfolk, VA 23510-2322 |
| 13894679 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 31 2021 02:45:00 | Chase, PO Box 15298, Wilmington, DE 19850-0000 |
| 13894683 | + | Email/PDF: cbp@onemainfinancial.com | Mar 31 2021 02:44:37 | One Main Financial, PO Box 499, Hanover, MD 21076-0499 |
| 13937612 | + | Email/PDF: cbp@onemainfinancial.com | Mar 31 2021 03:02:48 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14057824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:55:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13894684 | + | Email/Text: bankruptcy@prosper.com | Mar 31 2021 03:54:00 | Prosper Marketplace, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |

| | | | | |
|---|---|---|---|---|
| 13894686 | | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 03:03:11 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 13976139 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 03:34:16 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 14175062 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13894676 | ##+ | Allied Interstate, 7525 W Campus Rd, New Albany, OH 43054-1121 |
| 13894685 | ##+ | Second Round LP, 4150 Friedrich Ln, Austin, TX 78744-1052 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Belkys Escobar | on behalf of Creditor County of Loudoun VA Belkys.Escobar@loudoun.gov, bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov |
| Christopher Giacinto | on behalf of Creditor Bank of America N.A. cgiacinto@hotmail.com, bkecf@padgettlawgroup.com |
| Daniel M. Press | on behalf of Debtor Moses A Da Rocha dpress@chung-press.com pressdm@gmail.com |
| Dean R. Prober | on behalf of Creditor Bank of America N.A., et al ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Dean R. Prober | on behalf of Creditor Bank of America N.A. ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Julian Theodore Cotton | on behalf of Creditor Bank of America N.A. jcotton@padgettlaw.net, bkecf@padgettlaw.net |
| Mary F. Balthasar Lake | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC LOGSECF@logs.com |
| Nicole L. McKenzie | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC LOGSECF@logs.com |
| Robyn Danielle Pepin | |

| District/off: 0422-9 | User: palaciosl | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: nt400815 | Total Noticed: 20 |

on behalf of Creditor Bank of America N.A. rpepin@glasserlaw.com, pjmecf@glasserlaw.com

Steven L. Higgs
on behalf of Creditor Bank of America N.A. higgs@higgslawfirm.com, admin@higgslawfirm.com

Thomas P. Gorman
ch13alex@gmail.com tgorman26@gmail.com

TOTAL: 11